UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:22CR1-MR-WCM |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **INDICTMENT** |
| ALEXA RAE BASSILLO et al. ) | |
| ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and related investigations, to prevent the flight of the defendants and unindicted coconspirators in this case, and to prevent the destruction of evidence until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 31st day of February, 2022.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE